Mayor and City Council of Baltimore 100 HOLLIDAY STREET Baltimore, MD 21202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Damon A Peck | Mayor and City Council of Baltimore | 002643 | 01/12/2025 | 01/25/2025 | 01/31/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,932.35 | 782.65 | 657.35 | 52.80 | 3,439.55 |
| YTD | 14,966.66 | 2,343.54 | 2,012.63 | 158.40 | 10,452.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1.5 Overtime Non F | 01/12/2025 - 01/25/2025 | 5.5 | 76.47 | 420.59 | 13.5 | 1,029.65 |
| Floating Holiday Pa | | | 0 | | 17 | 862.84 |
| GTL Over $50K | 01/12/2025 - 01/25/2025 | 0 | 0 | 3.81 | 0 | 10.67 |
| Holiday Pay | | | 0 | | 17 | 862.84 |
| On Call Pay (OCP) | 01/12/2025 - 01/25/2025 | 3 | 20 | 60.00 | 31 | 620.00 |
| Police Additional Hc | 01/12/2025 - 01/25/2025 | 6 | 50.98 | 305.88 | 10 | 508.90 |
| Police Meal ($4) | 01/12/2025 - 01/25/2025 | 1 | 4 | 4.00 | 2 | 8.00 |
| Regular Pay - Hourl | 01/12/2025 - 01/25/2025 | 59.5 | 50.98 | 3,033.31 | 165 | 8,385.39 |
| Shift Diff FOP | 01/12/2025 - 01/25/2025 | 4 | 1 | 4.00 | 17 | 17.00 |
| Shift Diff FOP | 01/12/2025 - 01/25/2025 | 8.5 | 1 | 8.50 | 33 | 33.00 |
| Vacation Pay | 01/12/2025 - 01/25/2025 | 21.5 | 50.98 | 1,096.07 | 52 | 2,639.04 |
| Earnings | | | | 4,936.16 | | 14,977.33 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Medicare | 66.12 | 200.81 |
| Federal Withholding | 591.23 | 1,811.82 |
| Employee Taxes | 657.35 | 2,012.63 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| BlueChoice PPO (HO) Pre Tax (208) | 325.28 | 975.84 |
| CVS Caremark (HO) Rx Pre Tax (333) | 34.37 | 103.11 |
| Dental PPO Pre - Tax (212) | 16.38 | 49.14 |
| F&P Mandatory Pension (104) | 406.62 | 1,215.45 |
| Pre Tax Deductions | 782.65 | 2,343.54 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| FOP PAC (342) | 1.00 | 3.00 |
| FOP Union Dues - EE (410) | 51.80 | 155.40 |
| Post Tax Deductions | 52.80 | 158.40 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic Life / AD&D | 8.29 | 24.87 |
| ER Dental PPO | 18.80 | 56.40 |
| ER Drug - CVS (HO) | 127.73 | 383.19 |
| ER Medical - BlueChoice Adv | 1,033.18 | 3,099.54 |
| ER Vision - NVA | 1.65 | 4.95 |
| Employer Paid Benefits | 1,189.65 | 3,568.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 4,560.13 | 13,849.24 |
| Federal Withholding - Taxable Wages | 4,153.51 | 12,633.79 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1 - Sick & Safe Leave | 0 | 0 | 40 |
| 2 - Vacation | 0 | 8.5 | -164.755 |
| 3 - Sick | 0 | 0 | 845.2075 |
| 5 - Compensatory Time | 0 | 0 | 4.57 |
| 7 - Vacation Legacy | 0 | 13 | 150.562 |
| Bereavement Leave | 0 | 0 | 0 |
| Jury Duty | 0 | 0 | 0 |
| Leave without Pay | 0 | 0 | 0 |
| Permission Leave | 0 | 0 | 0 |
| Suspension with Pay | 0 | 0 | 0 |
| Suspension without Pay | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank Name | Checking | ******3743 | | 3,439.55 USD |

Mayor and City Council of Baltimore    100 HOLLIDAY STREET Baltimore, MD 21202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Damon A Peck | Mayor and City Council of Baltimore | 002643 | 01/26/2025 | 02/08/2025 | 02/14/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,736.52 | 782.65 | 611.43 | 52.80 | 3,289.64 |
| YTD | 25,511.12 | 3,591.27 | 3,576.99 | 211.20 | 18,131.66 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1.5 Overtime Non F | 01/26/2025 - 02/08/2025 | 6.25 | 76.47 | 477.96 | 19.75 | 2,158.28 |
| GTL Over $50K | 01/26/2025 - 02/08/2025 | 0 | 0 | 3.81 | 0 | 14.48 |
| Holiday Pay | | | 0 | | 17 | 862.84 |
| On Call Pay (OCP) | 01/26/2025 - 02/08/2025 | 29 | 20 | 580.00 | 60 | 1,200.00 |
| Police Additional Hc | 01/26/2025 - 02/08/2025 | 4 | 50.98 | 203.92 | 14 | 1,308.32 |
| Police Meal ($4) | 01/26/2025 - 02/08/2025 | 1 | 4 | 4.00 | 3 | 12.00 |
| Regular Pay - Hourl | 01/26/2025 - 02/08/2025 | 63.5 | 50.98 | 3,237.23 | 228.5 | 13,959.39 |
| Shift Diff FOP | 01/26/2025 - 02/08/2025 | 4 | 1 | 4.00 | 21 | 21.00 |
| Shift Diff FOP | | | | 0 | 33 | 33.00 |
| Vacation Pay | 01/26/2025 - 02/08/2025 | 4.5 | 50.98 | 229.41 | 56.5 | 4,083.20 |
| Comp Time Used | | | | 0 | 0 | 20.25 |
| Floating Holiday Pa | | | | 0 | 17 | 1,054.09 |
| Medical Leave Ince | | | | 0 | 0 | 293.25 |
| Permission Time | | | | 0 | 0 | 505.50 |
| Earnings | | | | 4,740.33 | | 25,525.60 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Medicare | 63.28 | 348.31 |
| Federal Withholding | 548.15 | 3,228.68 |
| Employee Taxes | 611.43 | 3,576.99 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| BlueChoice PPO (HO) Pre Tax (208) | 325.28 | 1,301.12 |
| CVS Caremark (HO) Rx Pre Tax (333) | 34.37 | 137.48 |
| Dental PPO Pre - Tax (212) | 16.38 | 65.52 |
| F&P Mandatory Pension (104) | 406.62 | 2,087.15 |
| Pre Tax Deductions | 782.65 | 3,591.27 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| FOP PAC (342) | 1.00 | 4.00 |
| FOP Union Dues - EE (410) | 51.80 | 207.20 |
| Post Tax Deductions | 52.80 | 211.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic Life / AD&D | 8.29 | 33.16 |
| ER Dental PPO | 18.80 | 75.20 |
| ER Drug - CVS (HO) | 127.73 | 510.92 |
| ER Medical - BlueChoice Adv | 1,033.18 | 4,132.72 |
| ER Vision - NVA | 1.65 | 6.60 |
| Employer Paid Benefits | 1,189.65 | 4,758.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 4,364.30 | 24,021.48 |
| Federal Withholding - Taxable Wages | 3,957.68 | 21,934.33 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1 - Sick & Safe Leave | 0 | 0 | 40 |
| 2 - Vacation | 14.875 | 4.5 | -154.38 |
| 3 - Sick | 5.16 | 0 | 850.3675 |
| 5 - Compensatory Time | 0 | 0 | 4.57 |
| 7 - Vacation Legacy | 0 | 0 | 150.562 |
| Bereavement Leave | 0 | 0 | 0 |
| Jury Duty | 0 | 0 | 0 |
| Leave without Pay | 0 | 0 | 0 |
| Permission Leave | 0 | 0 | 0 |
| Suspension with Pay | 0 | 0 | 0 |
| Suspension without Pay | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank Name | Checking | ******3743 | | 3,289.64 USD |

**Mayor and City Council of Baltimore**    100 HOLLIDAY STREET Baltimore, MD 21202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Damon A Peck | Mayor and City Council of Baltimore | 002643 | 02/09/2025 | 02/22/2025 | 02/28/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,618.48 | 782.65 | 583.75 | 52.80 | 3,199.28 |
| YTD | 30,129.60 | 4,373.92 | 4,160.74 | 264.00 | 21,330.94 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1.5 Overtime Non F | 02/09/2025 - 02/22/2025 | 2.5 | 76.47 | 191.18 | 22.25 | 2,349.46 |
| Comp Time Used | 02/09/2025 - 02/22/2025 | 3 | 50.98 | 152.94 | 3 | 173.19 |
| Floating Holiday Pa | 02/09/2025 - 02/22/2025 | 8.5 | 50.98 | 433.33 | 25.5 | 1,487.42 |
| GTL Over $50K | 02/09/2025 - 02/22/2025 | 0 | 0 | 3.81 | 0 | 18.29 |
| Holiday Pay | | | 0 | | 17 | 862.84 |
| On Call Pay (OCP) | 02/09/2025 - 02/22/2025 | 3 | 20 | 60.00 | 63 | 1,260.00 |
| Police Additional Hc | 02/09/2025 - 02/22/2025 | 4 | 50.98 | 203.92 | 18 | 1,512.24 |
| Police Meal ($4) | | | 0 | | 3 | 12.00 |
| Regular Pay - Hourl | 02/09/2025 - 02/22/2025 | 61 | 50.98 | 3,109.78 | 289.5 | 17,069.17 |
| Shift Diff FOP | 02/09/2025 - 02/22/2025 | 8.5 | 1 | 8.50 | 29.5 | 29.50 |
| Shift Diff FOP | 02/09/2025 - 02/22/2025 | 25.5 | 1 | 25.50 | 58.5 | 58.50 |
| Vacation Pay | 02/09/2025 - 02/22/2025 | 8.5 | 50.98 | 433.33 | 65 | 4,516.53 |
| Medical Leave Ince | | | 0 | | 0 | 293.25 |
| Permission Time | | | 0 | | 0 | 505.50 |
| Earnings | | | | 4,622.29 | | 30,147.89 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Medicare | 61.57 | 409.88 |
| Federal Withholding | 522.18 | 3,750.86 |
| Employee Taxes | 583.75 | 4,160.74 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| BlueChoice PPO (HO) Pre Tax (208) | 325.28 | 1,626.40 |
| CVS Caremark (HO) Rx Pre Tax (333) | 34.37 | 171.85 |
| Dental PPO Pre - Tax (212) | 16.38 | 81.90 |
| F&P Mandatory Pension (104) | 406.62 | 2,493.77 |
| Pre Tax Deductions | 782.65 | 4,373.92 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| FOP PAC (342) | 1.00 | 5.00 |
| FOP Union Dues - EE (410) | 51.80 | 259.00 |
| Post Tax Deductions | 52.80 | 264.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic Life / AD&D | 8.29 | 41.45 |
| ER Dental PPO | 18.80 | 94.00 |
| ER Drug - CVS (HO) | 127.73 | 638.65 |
| ER Medical - BlueChoice Adv | 1,033.18 | 5,165.90 |
| ER Vision - NVA | 1.65 | 8.25 |
| Employer Paid Benefits | 1,189.65 | 5,948.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 4,246.26 | 28,267.74 |
| Federal Withholding - Taxable Wages | 3,839.64 | 25,773.97 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1 - Sick & Safe Leave | 0 | 0 | 40 |
| 2 - Vacation | 0 | 8.5 | -162.88 |
| 3 - Sick | 0 | 0 | 850.3675 |
| 5 - Compensatory Time | 0 | 3 | 1.57 |
| 7 - Vacation Legacy | 0 | 0 | 150.562 |
| Bereavement Leave | 0 | 0 | 0 |
| Jury Duty | 0 | 0 | 0 |
| Leave without Pay | 0 | 0 | 0 |
| Permission Leave | 0 | 0 | 0 |
| Suspension with Pay | 0 | 0 | 0 |
| Suspension without Pay | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank Name | Checking | ******3743 | | 3,199.28   USD |

Mayor and City Council of Baltimore    100 HOLLIDAY STREET Baltimore, MD 21202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Damon A Peck | Mayor and City Council of Baltimore | 002643 | 02/23/2025 | 03/08/2025 | 03/14/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,058.74 | 782.65 | 687.00 | 52.80 | 3,536.29 |
| YTD | 35,188.34 | 5,156.57 | 4,847.74 | 316.80 | 24,867.23 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1.5 Overtime Non F | 02/23/2025 - 03/08/2025 | 5 | 76.47 | 382.35 | 27.25 | 2,731.81 |
| Comp Time Used | | | 0 | | 3 | 173.19 |
| Floating Holiday Pa | 02/23/2025 - 03/08/2025 | 8.5 | 50.98 | 433.33 | 34 | 1,920.75 |
| GTL Over $50K | 02/23/2025 - 03/08/2025 | 0 | 0 | 3.81 | 0 | 22.10 |
| Holiday Pay | | | 0 | | 17 | 862.84 |
| On Call Pay (OCP) | 02/23/2025 - 03/08/2025 | 28 | 20 | 560.00 | 91 | 1,820.00 |
| Police Additional Hc | 02/23/2025 - 03/08/2025 | 4 | 50.98 | 203.92 | 22 | 1,716.16 |
| Police Meal ($4) | 02/23/2025 - 03/08/2025 | 1 | 4 | 4.00 | 4 | 16.00 |
| Regular Pay - Hourl | 02/23/2025 - 03/08/2025 | 68 | 50.98 | 3,466.64 | 357.5 | 20,535.81 |
| Shift Diff FOP | | | 0 | | 29.5 | 29.50 |
| Shift Diff FOP | 02/23/2025 - 03/08/2025 | 8.5 | 1 | 8.50 | 67 | 67.00 |
| Vacation Pay | | | 0 | | 65 | 4,516.53 |
| Medical Leave Ince | | | 0 | | 0 | 293.25 |
| Permission Time | | | 0 | | 0 | 505.50 |
| Earnings | | | | 5,062.55 | | 35,210.44 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Medicare | 67.96 | 477.84 |
| Federal Withholding | 619.04 | 4,369.90 |
| Employee Taxes | 687.00 | 4,847.74 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| BlueChoice PPO (HO) Pre Tax (208) | 325.28 | 1,951.68 |
| CVS Caremark (HO) Rx Pre Tax (333) | 34.37 | 206.22 |
| Dental PPO Pre - Tax (212) | 16.38 | 98.28 |
| F&P Mandatory Pension (104) | 406.62 | 2,900.39 |
| Pre Tax Deductions | 782.65 | 5,156.57 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| FOP PAC (342) | 1.00 | 6.00 |
| FOP Union Dues - EE (410) | 51.80 | 310.80 |
| Post Tax Deductions | 52.80 | 316.80 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic Life / AD&D | 8.29 | 49.74 |
| ER Dental PPO | 18.80 | 112.80 |
| ER Drug - CVS (HO) | 127.73 | 766.38 |
| ER Medical - BlueChoice Adv | 1,033.18 | 6,199.08 |
| ER Vision - NVA | 1.65 | 9.90 |
| Employer Paid Benefits | 1,189.65 | 7,137.90 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 4,686.52 | 32,954.26 |
| Federal Withholding - Taxable Wages | 4,279.90 | 30,053.87 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1 - Sick & Safe Leave | 0 | 0 | 40 |
| 2 - Vacation | 14.875 | 0 | -148.005 |
| 3 - Sick | 5.16 | 0 | 855.5275 |
| 5 - Compensatory Time | 1.750001 | 0 | 3.320001 |
| 7 - Vacation Legacy | 0 | 0 | 150.562 |
| Bereavement Leave | 0 | 0 | 0 |
| Jury Duty | 0 | 0 | 0 |
| Leave without Pay | 0 | 0 | 0 |
| Permission Leave | 0 | 0 | 0 |
| Suspension with Pay | 0 | 0 | 0 |
| Suspension without Pay | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank Name | Checking | ******3743 | | 3,536.29 | USD |

**Mayor and City Council of Baltimore    100 HOLLIDAY STREET Baltimore, MD 21202**

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Damon A Peck | Mayor and City Council of Baltimore | 002643 | 03/09/2025 | 03/22/2025 | 03/28/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,565.12 | 782.65 | 571.23 | 52.80 | 3,158.44 |
| YTD | 39,753.46 | 5,939.22 | 5,418.97 | 369.60 | 28,025.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1.5 Overtime Non F | 03/09/2025 - 03/22/2025 | 7.75 | 76.47 | 592.65 | 35 | 3,324.46 |
| Comp Time Used | | | 0 | | 3 | 173.19 |
| Floating Holiday Pa | | | 0 | | 34 | 1,920.75 |
| GTL Over $50K | 03/09/2025 - 03/22/2025 | 0 | 0 | 3.81 | 0 | 25.91 |
| Holiday Pay | | | 0 | | 17 | 862.84 |
| On Call Pay (OCP) | 03/09/2025 - 03/22/2025 | 3 | 20 | 60.00 | 94 | 1,880.00 |
| Police Meal ($4) | 03/09/2025 - 03/22/2025 | 1 | 4 | 4.00 | 5 | 20.00 |
| Regular Pay - Hourl | 03/09/2025 - 03/22/2025 | 72.5 | 50.98 | 3,696.05 | 430 | 24,231.86 |
| Shift Diff FOP | | | 0 | | 29.5 | 29.50 |
| Shift Diff FOP | 03/09/2025 - 03/22/2025 | 8.5 | 1 | 8.50 | 75.5 | 75.50 |
| Vacation Pay | 03/09/2025 - 03/22/2025 | 4 | 50.98 | 203.92 | 69 | 4,720.45 |
| Medical Leave Incer | | | 0 | | 0 | 293.25 |
| Permission Time | | | 0 | | 0 | 505.50 |
| Police Additional Hc | | | 0 | | 22 | 1,716.16 |
| Earnings | | | | 4,568.93 | | 39,779.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Medicare | 60.79 | 538.63 |
| Federal Withholding | 510.44 | 4,880.34 |
| Employee Taxes | 571.23 | 5,418.97 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| BlueChoice PPO (HO) Pre Tax (208) | 325.28 | 2,276.96 |
| CVS Caremark (HO) Rx Pre Tax (333) | 34.37 | 240.59 |
| Dental PPO Pre - Tax (212) | 16.38 | 114.66 |
| F&P Mandatory Pension (104) | 406.62 | 3,307.01 |
| Pre Tax Deductions | 782.65 | 5,939.22 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| FOP PAC (342) | 1.00 | 7.00 |
| FOP Union Dues - EE (410) | 51.80 | 362.60 |
| Post Tax Deductions | 52.80 | 369.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic Life / AD&D | 8.29 | 58.03 |
| ER Dental PPO | 18.80 | 131.60 |
| ER Drug - CVS (HO) | 127.73 | 894.11 |
| ER Medical - BlueChoice Adv | 1,033.18 | 7,232.26 |
| ER Vision - NVA | 1.65 | 11.55 |
| Employer Paid Benefits | 1,189.65 | 8,327.55 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 4,192.90 | 37,147.16 |
| Federal Withholding - Taxable Wages | 3,786.28 | 33,840.15 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1 - Sick & Safe Leave | 0 | 0 | 40 |
| 2 - Vacation | 0 | 4 | -152.005 |
| 3 - Sick | 0 | 0 | 855.5275 |
| 5 - Compensatory Time | 0 | 0 | 3.320001 |
| 7 - Vacation Legacy | 0 | 0 | 150.562 |
| Bereavement Leave | 0 | 0 | 0 |
| Jury Duty | 0 | 0 | 0 |
| Leave without Pay | 0 | 0 | 0 |
| Permission Leave | 0 | 0 | 0 |
| Suspension with Pay | 0 | 0 | 0 |
| Suspension without Pay | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank Name | Checking | ******3743 | | 3,158.44 | USD |

Mayor and City Council of Baltimore   100 HOLLIDAY STREET Baltimore, MD 21202

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Damon A Peck | Mayor and City Council of Baltimore | 002643 | 03/23/2025 | 04/05/2025 | 04/11/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,904.63 | 782.65 | 896.83 | 52.80 | 4,172.35 |
| YTD | 45,658.09 | 6,721.87 | 6,315.80 | 422.40 | 32,198.02 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1.5 Overtime Non F | 03/23/2025 - 04/05/2025 | 11.5 | 76.47 | 879.41 | 46.5 | 4,203.87 |
| Comp Time Used | | | 0 | | 3 | 173.19 |
| Floating Holiday Pa | 03/23/2025 - 04/05/2025 | 17 | 50.98 | 866.66 | 51 | 2,787.41 |
| GTL Over $50K | 03/23/2025 - 04/05/2025 | 0 | 0 | 3.81 | 0 | 29.72 |
| Holiday Pay | | | 0 | | 17 | 862.84 |
| On Call Pay (OCP) | 03/23/2025 - 04/05/2025 | 24 | 20 | 480.00 | 118 | 2,360.00 |
| Police Additional Hc | 03/23/2025 - 04/05/2025 | 12.5 | 50.98 | 637.25 | 34.5 | 2,353.41 |
| Police Meal ($4) | 03/23/2025 - 04/05/2025 | 2 | 4 | 8.00 | 7 | 28.00 |
| Regular Pay - Hourl | 03/23/2025 - 04/05/2025 | 59.5 | 50.98 | 3,033.31 | 489.5 | 27,265.17 |
| Shift Diff FOP | | | 0 | | 29.5 | 29.50 |
| Shift Diff FOP | | | 0 | | 75.5 | 75.50 |
| Vacation Pay | | | 0 | | 69 | 4,720.45 |
| Medical Leave Incer | | | 0 | | 0 | 293.25 |
| Permission Time | | | 0 | | 0 | 505.50 |
| Earnings | | | | 5,908.44 | | 45,687.81 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Medicare | 80.22 | 618.85 |
| Federal Withholding | 816.61 | 5,696.95 |
| Employee Taxes | 896.83 | 6,315.80 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| BlueChoice PPO (HO) Pre Tax (208) | 325.28 | 2,602.24 |
| CVS Caremark (HO) Rx Pre Tax (333) | 34.37 | 274.96 |
| Dental PPO Pre - Tax (212) | 16.38 | 131.04 |
| F&P Mandatory Pension (104) | 406.62 | 3,713.63 |
| Pre Tax Deductions | 782.65 | 6,721.87 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| FOP PAC (342) | 1.00 | 8.00 |
| FOP Union Dues - EE (410) | 51.80 | 414.40 |
| Post Tax Deductions | 52.80 | 422.40 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Basic Life / AD&D | 8.29 | 66.32 |
| ER Dental PPO | 18.80 | 150.40 |
| ER Drug - CVS (HO) | 127.73 | 1,021.84 |
| ER Medical - BlueChoice Adv | 1,033.18 | 8,265.44 |
| ER Vision - NVA | 1.65 | 13.20 |
| Employer Paid Benefits | 1,189.65 | 9,517.20 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 5,532.41 | 42,679.57 |
| Federal Withholding - Taxable Wages | 5,125.79 | 38,965.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| 1 - Sick & Safe Leave | 0 | 0 | 40 |
| 2 - Vacation | 0 | 0 | -152.005 |
| 3 - Sick | 0 | 0 | 855.5275 |
| 5 - Compensatory Time | 0 | 0 | 3.320001 |
| 7 - Vacation Legacy | 0 | 0 | 150.562 |
| Bereavement Leave | 0 | 0 | 0 |
| Jury Duty | 0 | 0 | 0 |
| Leave without Pay | 0 | 0 | 0 |
| Permission Leave | 0 | 0 | 0 |
| Suspension with Pay | 0 | 0 | 0 |
| Suspension without Pay | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank Name | Checking | ******3743 | | 4,172.35 USD |