United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Melissa L. Peck  
Damon A. Peck  
    Debtors

Case No. 25-00885-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Apr 29, 2025      Form ID: pdf010      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa L. Peck, Damon A. Peck, 4406 Steltz Rd, New Freedom, PA 17349-9290 |
| 5700727 | + | DAVID J APOTHAKER, ESQ., APOTHAKER SCIAN PC, 100 CENTURY PARKWAY STE 310, MOUNT LAUREL, NJ 08054-1155 |
| 5700731 | + | JARRETTSVILLE FEDERAL S & L, 3706 NORRISVILLE RD, JARRETTSVILLE, MD 21084-1419 |
| 5700711 | + | MELISSA L. PECK, DAMON A. PECK, 4406 STELTZ RD, NEW FREEDOM, PA 17349-9290 |
| 5700713 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2025 18:52:59 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2025 18:51:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5700719 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 18:52:47 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5700720 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2025 18:50:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5700721 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2025 18:51:00 | BARCLAYS BANK, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5707270 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2025 18:50:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5700722 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 29 2025 18:53:06 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5700723 | + | Email/Text: bankruptcy@cavps.com | Apr 29 2025 18:51:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 1 AMERICAN LANE, STE 220, GREENWICH, CT 06831-2563 |
| 5700724 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 18:52:59 | CITIBANK, CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5700725 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 18:52:59 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5700726 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 18:53:00 | CITIBANK/BEST BUY, CITICORP CR |

| Recipient # | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5706485 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2025 19:03:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5702216 | + | Email/Text: bankruptcy@cavps.com | Apr 29 2025 18:51:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5700728 | + | Email/Text: mrdiscen@discover.com | Apr 29 2025 18:50:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5700712 | + | Email/Text: hrohrbaugh@cgalaw.com | Apr 29 2025 18:51:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5700729 | | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 29 2025 18:51:00 | FIFTH THIRD BANK, ATTN: BANKRUPTCY, MAILDROP RCS83E 1830 E PARIS AVE SE, GRAND RAPIDS, MI 49546 |
| 5700730 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 29 2025 18:50:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, LOCKBOX 6112, PO BOX7247, PHILADELPHIA, PA 19170-0001 |
| 5700714 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2025 18:50:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5700732 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2025 18:52:59 | JPMCB, MAILCODE LA4-7100, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 5700733 | | Email/Text: camanagement@mtb.com | Apr 29 2025 18:51:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5700734 | | Email/Text: camanagement@mtb.com | Apr 29 2025 18:51:00 | M&T CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5701841 | + | Email/Text: camanagement@mtb.com | Apr 29 2025 18:51:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5703387 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 29 2025 18:50:00 | U.S. Bank Trust National Association, not in its i, Mortgage Trust 2018-1, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5703382 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 29 2025 18:50:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5700735 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 29 2025 18:50:00 | MET-ED, P.O. BOX 3687, AKRON, OH 44309-3687 |
| 5700737 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2025 18:51:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5705125 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 29 2025 18:50:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5700738 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2025 18:51:00 | PA DEPT. OF REVENUE, BANKRUPTCY DIVISION, P.O. BOX 280946, HARRISBURG, PA 17128-0946 |
| 5700715 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2025 18:51:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5702833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 18:52:46 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5700739 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 29 2025 18:51:00 | QUEST DIAGNOSTICS INC. **, P.O. BOX |

| Recip ID | | Notice Type | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | 740775, CINCINNATI, OH 45274-0775 |
| 5700740 | + | Email/Text: bknotice@raslavrar.com | Apr 29 2025 18:50:00 | RAS LAVRAR, LLC, 425 COMMERCE DRIVE, SUITE 150, FORT WASHINGTON, PA 19034-2727 |
| 5701555 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 18:52:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5700741 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 19:03:15 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5700742 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 29 2025 18:50:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG RD, SAN ANTONIO, TX 78288-0002 |
| 5700716 | + | Email/Text: kcm@yatb.com | Apr 29 2025 18:50:00 | YORK ADAM TAX BUREAU, 1405 DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5700717 | | 1ST MORTGAGE |
| 5700718 | | 2ND MORTGAGE |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5701813 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5700736 | ##+ | MICHAEL J. DOUGHERTY, ESQ., WELTMAN, WEINBERG & REIS CO. LPA, 170 S. INDEPENDENCE MALL W, STE 874, PHILADELPHIA, PA 19106-3334 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| Elizabeth Haley Rohrbaugh | | on behalf of Debtor 2 Damon A. Peck hrohrbaugh@cgalaw.com<br>kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | | on behalf of Debtor 1 Melissa L. Peck hrohrbaugh@cgalaw.com<br>kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | | ecf_pahu_alt@trustee13.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   Melissa L. Peck : Chapter 13
   Damon A. Peck :
       Debtors : Case No. 1:25-bk-00885-HWV
        :

## ORDER

Upon consideration of the Motion filed by the Debtors seeking to extend the Automatic Stay as to all creditors pursuant § 362(c)(3)(b) of the Bankruptcy Code, Doc. 8, and the hearing held on April 29, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 29, 2025