United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                               Case No. 25-00885-HWV

Melissa L. Peck                                                                          Chapter 13

Damon A. Peck

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                              Page 1 of 4

Date Rcvd: May 08, 2025                      Form ID: ntcnfhrg                          Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa L. Peck, Damon A. Peck, 4406 Steltz Rd, New Freedom, PA 17349-9290 |
| 5700727 | + | DAVID J APOTHAKER, ESQ., APOTHAKER SCIAN PC, 100 CENTURY PARKWAY STE 310, MOUNT LAUREL, NJ 08054-1155 |
| 5700731 | + | JARRETTSVILLE FEDERAL S & L, 3706 NORRISVILLE RD, JARRETTSVILLE, MD 21084-1419 |
| 5700711 | + | MELISSA L. PECK, DAMON A. PECK, 4406 STELTZ RD, NEW FREEDOM, PA 17349-9290 |
| 5700713 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2025 18:49:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2025 18:43:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5700719 | + | Email/PDF: bncnotices@becket-lee.com | May 08 2025 18:48:46 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5700720 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 08 2025 18:42:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5700721 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 08 2025 18:43:00 | BARCLAYS BANK, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5707270 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 08 2025 18:42:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5700722 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 08 2025 19:00:15 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5700723 | + | Email/Text: bankruptcy@cavps.com | May 08 2025 18:43:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 1 AMERICAN LANE, STE 220, GREENWICH, CT 06831-2563 |
| 5700724 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 18:59:36 | CITIBANK, CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5700725 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 18:59:57 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5700726 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 18:59:57 | CITIBANK/BEST BUY, CITICORP CR |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5706485 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2025 18:49:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5702216 | + | Email/Text: bankruptcy@cavps.com | May 08 2025 18:43:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5700728 | + | Email/Text: mrdiscen@discover.com | May 08 2025 18:42:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5708953 | | Email/Text: mrdiscen@discover.com | May 08 2025 18:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5700712 | + | Email/Text: hrohrbaugh@cgalaw.com | May 08 2025 18:43:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5700729 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 08 2025 18:43:00 | FIFTH THIRD BANK, ATTN: BANKRUPTCY, MAILDROP RCS83E 1830 E PARIS AVE SE, GRAND RAPIDS, MI 49546 |
| 5708870 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 08 2025 18:42:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 5700730 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 08 2025 18:42:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, LOCKBOX 6112, PO BOX7247, PHILADELPHIA, PA 19170-0001 |
| 5700714 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2025 18:43:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5700732 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 08 2025 18:59:59 | JPMCB, MAILCODE LA4-7100, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 5700733 | | Email/Text: camanagement@mtb.com | May 08 2025 18:43:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5700734 | | Email/Text: camanagement@mtb.com | May 08 2025 18:43:00 | M&T CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5701841 | + | Email/Text: camanagement@mtb.com | May 08 2025 18:43:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5703387 | | Email/Text: BankruptcyECFMail@mccalla.com | May 08 2025 18:42:00 | U.S. Bank Trust National Association, not in its i, Mortgage Trust 2018-1, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5703382 | | Email/Text: BankruptcyECFMail@mccalla.com | May 08 2025 18:42:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5700735 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 08 2025 18:43:00 | MET-ED, P.O. BOX 3687, AKRON, OH 44309-3687 |
| 5700737 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2025 18:43:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5705125 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 08 2025 18:43:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5700738 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2025 18:43:00 | PA DEPT. OF REVENUE, BANKRUPTCY DIVISION, P.O. BOX 280946, HARRISBURG, PA 17128-0946 |
| 5700715 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2025 18:43:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | BOX 280946, HARRISBURG, PA 17128-0946 |
| 5702833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2025 18:48:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5700739 | + | Email/Text: BankruptcyMail@questdiagnostics.com | May 08 2025 18:43:00 | QUEST DIAGNOSTICS INC. **, P.O. BOX 740775, CINCINNATI, OH 45274-0775 |
| 5700740 | + | Email/Text: bknotice@raslavrar.com | May 08 2025 18:42:00 | RAS LAVRAR, LLC, 425 COMMERCE DRIVE, SUITE 150, FORT WASHINGTON, PA 19034-2727 |
| 5701555 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 18:59:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5700741 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 18:49:15 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5700742 | + | Email/Text: bkelectronicnotices@usaa.com | May 08 2025 18:42:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG RD, SAN ANTONIO, TX 78288-0002 |
| 5700716 | + | Email/Text: kcm@yatb.com | May 08 2025 18:42:00 | YORK ADAM TAX BUREAU, 1405 DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5700717 | | 1ST MORTGAGE |
| 5700718 | | 2ND MORTGAGE |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5701813 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5700736 | ##+ | MICHAEL J. DOUGHERTY, ESQ., WELTMAN, WEINBERG & REIS CO. LPA, 170 S. INDEPENDENCE MALL W, STE 874, PHILADELPHIA, PA 19106-3334 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

Brenda Sue Bishop
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov
    ARC-Court-MiddleDistrict@attorneygeneral.gov

Denise E. Carlon
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth Haley Rohrbaugh
    on behalf of Debtor 2 Damon A. Peck hrohrbaugh@cgalaw.com
    kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com

Elizabeth Haley Rohrbaugh
    on behalf of Debtor 1 Melissa L. Peck hrohrbaugh@cgalaw.com
    kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Melissa L. Peck, | Chapter 13 |
| **Debtor 1** | |
| Damon A. Peck, | Case No. 1:25−bk−00885−HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 4, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 11, 2025 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 8, 2025 |

ntcnfhrg (08/21)