IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Melissa L. Peck, Damon A. Peck,<br><br>U.S. Bank Trust National Association,<br>    Movant<br><br>vs.<br><br>Melissa L. Peck, Damon A. Peck,<br>    Debtors | Case No. 25-00885-HWV<br><br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTORS' CHAPTER 13 PLAN

    U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Homes Mortgage Trust ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 21), and states as follows:

    1.    The Debtors' filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on March 28, 2025.

    2.    Movant holds a security interest in real property located at 1660 Crestlyn Rd, York, PA 17403 (the "Property"), by virtue of a Mortgage executed by Beam & Vibe Design, Melissa Peck, Managing Member.

    3.    In addition, Melissa Peck executed a personal guaranty in the event the loan was not repaid.

    4.    The Debtors' filed a Chapter 13 Plan (the "Plan") on April 15, 2025 (Doc 21).

    5.    Movant filed its proof of claim (number 21) asserting an unsecured claim in the amount of $158,769.74.

1 of 5

Case 1:25-bk-00885-HWV     Doc 36     Filed 06/13/25     Entered 06/13/25 17:30:57     Desc
Main Document     Page 1 of 5

6. Debtors' Plan does not treat Movant's loan in the plan. In fact, the majority of the Plan in blank.

7. Furthermore, the Plan calls for the debtor to obtain a HELOC loan within a year to fund the Plan. Same is remote and speculative.

8. Additionally, the Plan as written calls for minimal $150 per month payments for a year, followed by a large lump sum and then resuming $150 payments for an additional 47 months. This is not equal monthly installment payments as required by 11 U.S.C. 1325(a)(5)(B)(iii)(I).

9. Therefore, Confirmation of the Plan should be denied until Debtors amend the Plan to properly treat Movant.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Brian Nicholas
Brian Nicholas
Pennsylvania BAR NO.
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
732-685-6835

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Melissa L. Peck, Damon A. Peck,<br><br>U.S. Bank Trust National Association,<br>    Movant<br><br>vs.<br><br>Melissa L. Peck, Damon A. Peck,<br>    Debtors | Case No. 25-00885-HWV<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Debtors' Attorney
Elizabeth Haley Rohrbaugh
CGA Law Firm
135 N. George Street
York, PA 17401
hrohrbaugh@cgalaw.com

Trustee
Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

United States Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

Via First Class Mail:

Melissa L. Peck
4406 Steltz Rd
New Freedom, PA 17349

Damon A. Peck
4406 Steltz Rd
New Freedom, PA 17349

                                                                                               _/s/Brian Nicholas_____

                                                                  Brian Nicholas
                                                                 Pennsylvania BAR NO.
                                                                 Attorney for Creditor
                                                                 McCalla Raymer Leibert Pierce, LLP
                                                                 325 Chestnut Street, Suite 725
                                                                Philadelphia, PA 19106
                                                                732-685-6835