United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                      Case No. 25-00885-HWV

Melissa L. Peck                                                                             Chapter 13

Damon A. Peck

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                          Page 1 of 4

Date Rcvd: Sep 11, 2025                       Form ID: ordsmiss                                   Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa L. Peck, Damon A. Peck, 4406 Steltz Rd, New Freedom, PA 17349-9290 |
| 5700727 | + | DAVID J APOTHAKER, ESQ., APOTHAKER SCIAN PC, 100 CENTURY PARKWAY STE 310, MOUNT LAUREL, NJ 08054-1155 |
| 5700731 | + | JARRETTSVILLE FEDERAL S & L, 3706 NORRISVILLE RD, JARRETTSVILLE, MD 21084-1419 |
| 5700711 | + | MELISSA L. PECK, DAMON A. PECK, 4406 STELTZ RD, NEW FREEDOM, PA 17349-9290 |
| 5700713 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5718286 | | U.S. Bank Trust National, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: PENNDEPTREV | Sep 11 2025 22:39:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5700719 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 19:06:09 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5711786 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 18:54:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5700720 | + | EDI: BANKAMER | Sep 11 2025 22:39:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5700721 | + | EDI: TSYS2 | Sep 11 2025 22:39:00 | BARCLAYS BANK, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5707270 | | EDI: BANKAMER | Sep 11 2025 22:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5700722 | + | EDI: CAPONEAUTO.COM | Sep 11 2025 22:39:00 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5700723 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2025 18:46:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 1 AMERICAN LANE, STE 220, GREENWICH, CT 06831-2563 |
| 5700724 | + | EDI: CITICORP | Sep 11 2025 22:39:00 | CITIBANK, CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5700725 | + | EDI: CITICORP | Sep 11 2025 22:39:00 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |

| | | | |
|---|---|---|---|
| 5700726 | + EDI: CITICORP | Sep 11 2025 22:39:00 | CITIBANK/BEST BUY, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5706485 | + EDI: AISACG.COM | Sep 11 2025 22:39:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5716436 | + EDI: AISACG.COM | Sep 11 2025 22:39:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5702216 | + Email/Text: bankruptcy@cavps.com | Sep 11 2025 18:46:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5700728 | + EDI: DISCOVER | Sep 11 2025 22:39:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5716903 | EDI: IRS.COM | Sep 11 2025 22:39:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5708953 | EDI: DISCOVER | Sep 11 2025 22:39:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5700712 | + Email/Text: hrohrbaugh@cgalaw.com | Sep 11 2025 18:46:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5700729 | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 11 2025 18:46:00 | FIFTH THIRD BANK, ATTN: BANKRUPTCY, MAILDROP RCS83E 1830 E PARIS AVE SE, GRAND RAPIDS, MI 49546 |
| 5708870 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 11 2025 18:46:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 5700730 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 11 2025 18:46:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, LOCKBOX 6112, PO BOX7247, PHILADELPHIA, PA 19170-0001 |
| 5716828 | EDI: JEFFERSONCAP.COM | Sep 11 2025 22:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5700732 | + EDI: JPMORGANCHASE | Sep 11 2025 22:39:00 | JPMCB, MAILCODE LA4-7100, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 5700733 | Email/Text: camanagement@mtb.com | Sep 11 2025 18:46:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5718767 | Email/Text: camanagement@mtb.com | Sep 11 2025 18:46:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5700734 | Email/Text: camanagement@mtb.com | Sep 11 2025 18:46:00 | M&T CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5701841 | + Email/Text: camanagement@mtb.com | Sep 11 2025 18:46:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5703387 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 11 2025 18:46:00 | U.S. Bank Trust National Association, not in its i, Mortgage Trust 2018-1, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5703382 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 11 2025 18:46:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5700735 | + Email/Text: BankruptcyEast@firstenergycorp.com | Sep 11 2025 18:46:00 | MET-ED, P.O. BOX 3687, AKRON, OH 44309-3687 |
| 5700737 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2025 18:46:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |

| 5705125 | + Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Sep 11 2025 18:46:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5716738 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 11 2025 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5700738 | + EDI: PENNDEPTREV | | |
| | | Sep 11 2025 22:39:00 | PA DEPT. OF REVENUE, BANKRUPTCY DIVISION, P.O. BOX 280946, HARRISBURG, PA 17128-0946 |
| 5700715 | EDI: PENNDEPTREV | | |
| | | Sep 11 2025 22:39:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5702833 | EDI: PRA.COM | | |
| | | Sep 11 2025 22:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5700739 | + Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | Sep 11 2025 18:47:00 | QUEST DIAGNOSTICS INC. **, P.O. BOX 740775, CINCINNATI, OH 45274-0775 |
| 5700740 | + Email/Text: bknotice@raslavrar.com | | |
| | | Sep 11 2025 18:46:00 | RAS LAVRAR, LLC, 425 COMMERCE DRIVE, SUITE 150, FORT WASHINGTON, PA 19034-2727 |
| 5701555 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Sep 11 2025 18:53:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5700741 | + EDI: SYNC | | |
| | | Sep 11 2025 22:39:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5718297 | ^ MEBN | | |
| | | Sep 11 2025 18:40:09 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 5700742 | + EDI: USAA.COM | | |
| | | Sep 11 2025 22:39:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG RD, SAN ANTONIO, TX 78288-0002 |
| 5718891 | + Email/Text: RASEBN@raslg.com | | |
| | | Sep 11 2025 18:46:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5700716 | + Email/Text: kcm@yatb.com | | |
| | | Sep 11 2025 18:46:00 | YORK ADAM TAX BUREAU, 1405 DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5700717 | | 1ST MORTGAGE |
| 5700718 | | 2ND MORTGAGE |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5700714 | * | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5701813 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5700736 | ##+ | MICHAEL J. DOUGHERTY, ESQ., WELTMAN, WEINBERG & REIS CO. LPA, 170 S. INDEPENDENCE MALL W, STE 874, PHILADELPHIA, PA 19106-3334 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee for Homes Mortgage Trust brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Damon A. Peck hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Melissa L. Peck hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melissa L. Peck,

**Debtor 1**

Damon A. Peck,

**Debtor 2**

Chapter      13

Case No.     1:25−bk−00885−HWV

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 11, 2025

ordsmiss (05/18)